ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| SGS, LLC | ) ASBCA No. 62926 |
| | ) |
| Under Contract No. W9126G-15-C-0005 | ) |

APPEARANCES FOR THE APPELLANT:     Robert L. Magrini, Esq.
Christopher D. Skelton, Esq.
  Hayes Magrini & Gatewood
  Oklahoma City, OK

William B. Westcott, Esq.
  Andrews Meyers PC
  Houston, TX

Andrew S. Harris, Esq.
  Andrews Myers PC
  Austin, TX

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Jeanelle S. Patel, Esq.
Heather D. Allen, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Fort Worth

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 3, 2023

KENETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62926, Appeal of SGS, LLC, rendered in conformance with the Board's Charter.

Dated:  April 4, 2023

_for_ Tammye D. Allett

_____

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals